

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| CLIFFORD FORTUNE, JULIE FORTUNE, THEO. P. CRAWFORD, DIANNA CRAWFORD, ARLEY JOLLIFFE, DEWAYNE BLACKMAN, LARRY BROWN, MONTANA TRAIL VEHICLE RIDERS ASSN., CAPITAL TRAIL VEHICLE RIDERS ASSN., MONTANAN'S FOR MULTIPLE USE, <br><br> Plaintiffs, <br><br> vs. <br><br> LESLIE THOMPSON, Lewis & Clark National Forest Supervisor; LESLIE WELDON, Regional Forester, Region One, an Agency of the UNITED STATES FOREST SERVICE, <br><br> Defendants. | No. CV-09-98-GF-SEH <br><br><br> **ORDER** |

Upon the record made in open court on January 13, 2010,

-1-

ORDERED:

1. Plaintiffs' Motion for Preliminary Injunction Against Implementation of the Badger Two Medicine Travel Plan[1] is DENIED.

2. Defendants' Motion to Dismiss Claims 2 and 3 of Plaintiffs' Complaint[2] is GRANTED.

3. Defendants shall submit the Administrative Record to the Court on or before February 5, 2010.

4. Cross-Motions for Summary Judgment along with accompanying briefs shall be filed on or before March 5, 2010.

5. Responses to Cross-Motions for Summary Judgment shall be filed on or before March 19, 2010.

DATED this 13th day of January, 2010.

SAM E. HADDON
United States District Judge

---

[1] Document No. 5.

[2] Document No. 17.